[No. 15147–9–I. Division One. March 31, 1986.]

*In the Matter of the Marriage of* ELLEN J. THARP,
*Respondent, and* JAMES L. THARP, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 82–3–02051–8, Robert C. Bibb, J., entered July 26, 1984. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Webster, J.

[No. 16325–6–I. Division One. March 31, 1986.]

*In the Matter of the Marriage of* KATHERINE
DORSTEN, *Respondent, and* BRADLEY W.
DORSTEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–3–05452–6, George T. Mattson, J., entered March 22, 1985. *Affirmed* by unpublished opinion per Williams, J., concurred in by Ringold, A.C.J., and Webster, J.

[No. 13440–0–I. Division One. March 31, 1986.]

NORTHSTAR PRODUCTIONS, INC., *Respondent,* v. ST. PAUL
FIRE & MARINE INSURANCE COMPANY, INC.,
*Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–10222–9, Horton Smith, J., entered June 16, 1983. *Affirmed in part* and *remanded* by unpublished opinion per Webster, J., concurred in by Williams, J., and Petrie, J. Pro Tem.